# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROBERT V. WILKIE, Individually and as the acting Executor of the Estate of Judith Kathryn Sellers Wilkie, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 1:18-cv-00239-MR-DLH |
| vs. | ) ) | |
| AMICA MUTUAL INSURANCE COMPANY, Defendant. | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2018 Order.

September 11, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court